UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 3, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>             Plaintiff,                            )<br>v.                                                         )<br>                                                             )<br>JERONE BRYANT WELLS,             )<br>                                                             )<br>             Defendant.                        ) | Case No. 2:10MJ00255-KJM-4<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  __JERONE BRYANT WELLS__  , Case No. __2:10MJ00255-KJM-4__ , Charge __21USC § 846, 841(a)(1) and 843(b)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __ Release on Personal Recognizance

   __ Bail Posted in the Sum of $_____

   ✔ Unsecured Appearance Bond $100,000.00

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

   ✔ (Other)    __Pretrial conditions as stated on the record. The defendant shall be released on 9/7/10 @ 8:30 am. to the Pretrial Service Officer to be escorted to the Effort Treatment Facility.__

Issued at __Sacramento, CA__ on __September 3, 2010__ at __9:05 am__ .

            By   /s/ Gregory G. Hollows
               Gregory G. Hollows
               United States Magistrate Judge

Copy 5 - Court