FILED
September 3, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:10MJ00255-KJM-4
      Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
JERONE BRYANT WELLS, )
)
      Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JERONE BRYANT WELLS , Case No. 2:10MJ00255-KJM-4 , Charge  21USC § 846, 841(a)(1) and 843(b) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

    ✔ Unsecured Appearance Bond $100,000.00

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)  Pretrial conditions as stated on the record. The defendant shall be released on 9/7/10 @ 8:30 am. to the Pretrial Service Officer to be escorted to the Effort Treatment Facility.

Issued at  Sacramento, CA  on  September 3, 2010  at  9:05 am .

By /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court